FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, October 06, 2021

10th Court of Appeals Clerk
Nita Whitener
Mclennan County Courthouse
501 Washington Ave., RM 415
Waco, TX 76701
* Delivered Via E-Mail *

**Re:** Melton, Guy Douglas
**CCA No.** PD-0521-21                                    **COA No.** 10-21-00134-CR
**Trial Court Case No.** DC-F202000726

The court has issued an opinion on the above referenced cause number.

Sincerely,

Deana Williamson, Clerk

cc:    Presiding Judge 249th District Court (Delivered Via E-Mail)
       State Prosecuting Attorney (Delivered Via E-Mail)
       District Clerk Johnson County (Delivered Via E-Mail)
       District Attorney Johnson County (Delivered Via E-Mail)
       Guy Douglas Melton